# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**GILBERTO MARTINEZ-MARMOL**
**ADC #151776**                                                                                    **PETITIONER**

**v.**                               **Case No. 5:18-cv-00203-KGB-JJV**

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                                       **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 4). Accordingly, petitioner Gilberto Martinez-Marmol's petition for writ of *habeas corpus* is dismissed without prejudice for lack of jurisdiction. If Mr. Martinez-Marmol wishes to pursue relief, he must first obtain permission from the Eighth Circuit Court of Appeals to file a successive petition. 28 U.S.C. § 2244(b)(3).

So ordered this 28th day of November, 2018.

_____
Kristine G. Baker
United States District Judge