# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GILBERTO MARTINEZ-MARMOL
ADC #151776                                                              PETITIONER

v.                    Case No. 5:18-cv-00203-KGB-JJV

WENDY KELLEY, Director
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses without prejudice petitioner Gilberto Martinez-Marmol's petition and denies the requested relief.

So adjudged this 28th day of November, 2018.

                                                                                   _Kristine G. Baker_
                                                                                   Kristine G. Baker
                                                                                   United States District Judge